458 A.2d 276

Commonwealth v. Pallotto, Appellant.

 Submitted
November 3, 1982. Gary R. Egoville, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

Judgment of sentence affirmed.